No. 469, Misc.   FRYE *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 30.   HAYES *v.* SEATON, SECRETARY OF THE INTERIOR, *ante,* p. 814;

No. 118.   CHARLES *v.* UNITED STATES, *ante,* p. 831;

No. 124.   ZACHARY ET AL. *v.* UNITED STATES, *ante,* p. 816;

No. 282.   TORNEK, TRADING AS ALLEN V. TORNEK CO., *v.* FEDERAL TRADE COMMISSION, *ante,* p. 829;

No. 286.   FRANANO *v.* UNITED STATES, *ante,* p. 828;

No. 292.   BIVINS *v.* GULF OIL CORP., *ante,* p. 835;

No. 296.   HOCHMAN *v.* UNITED STATES, *ante,* p. 837;

No. 10, Misc.   WILLIAMS *v.* UNITED STATES, *ante,* p. 836;

No. 89, Misc.   JOHNSTONE *v.* MISSOURI, *ante,* p. 842;

No. 122, Misc.   ZENGER *v.* SCHWARTZ, JUDGE, ET AL., *ante,* p. 845;

No. 213, Misc.   GALLINA *v.* FRASER, *ante,* p. 851; and

No. 287, Misc.   KLUMPP *v.* OHIO, *ante,* p. 866.   Petitions for rehearing denied.

DECEMBER 5, 1960.

No. ——.   IN RE LOPINSKY.   The motion to amend the attorneys' roll to show the change of name of *Frances Weber Lopinsky* to *Frances L. Horn* is granted.